Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Clifton D. Taylor                          )
                                           )
_____)
                                           )
_____)
                                           )
(Enter above the full name of Plaintiff(s))  )
                                           )
vs.                                        )
                                           )
Target Distribution + its                  )     Case Number: 5:21-cv-04016-EFM-ADM
Name  representatives                      )     (To be assigned by Clerk)
                                           )
5400 SW Wenger St.                         )
Street and number                          )
                                           )
Topeka   Ks    66609                       )
City     State  Zip Code                   )

FILED
MAR 01 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

### EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    [X] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
    **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

Withdrawal letter is delayed due to reduced in office hours at EEOC, this court has jurisdiction whereas the equal pay act is enacted

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

year of 2020

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☒ Yes   Date filed: see attached forms
☐ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes   Date filed: see attached forms
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☒ Yes ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☒ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [ ] termination of my employment
   - [ ] failure to promote me
   - [x] failure to accommodate my disability
   - [x] terms and conditions of my employment differ from those of similar employees
   - [x] retaliation
   - [x] harassment
   - [x] reduction in wages
   - [ ] other conduct (specify):

   _____

   _____

   _____

   Did you complain about this same conduct in your charge of discrimination?
   - [x] Yes
   - [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [ ] my race or color, which is _____
   - [ ] my religion, which is _____
   - [ ] my national origin, which is _____
   - [ ] my gender, which is [ ] male; [ ] female
   - [ ] my disability or perceived disability, which is _lesion in right talar dome_
   - [ ] my age (my birth year is: _____)
   - [ ] other: _____

   Did you state the same reason(s) in your charge of discrimination?
   - [x] Yes
   - [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    _see attached form titled Statement_

3

Margerette is an Target HR Representative
Roy is an target supervisor

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    - [ ] are still being committed by Defendant.
    - [x] are no longer being committed by Defendant.
    - [ ] may still be being committed by Defendant.

12. Plaintiff:
    - [ ] still works for Defendant
    - [x] no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    - [x] Yes
    - [ ] No

Explain: Employer offered an light duty contract to accommodate my disability + failed to accommodate the policy by denying me work

**REQUEST FOR RELIEF**

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
- [ ] Defendant be directed to employ Plaintiff
- [ ] Defendant be directed to re-employ Plaintiff
- [ ] Defendant be directed to promote Plaintiff
- [ ] Defendant be directed to _____

4

☒ Injunctive relief (please explain): activate grievance procedure at target
☒ Monetary damages (please explain): loss wages, mental anguish, retaliation
☒ Costs and fees involved in litigating this case
☐ As additional relief to make Plaintiff whole, Plaintiff

seeks: Plaintiff modestly request to recieved my life back the def's actions damaged my credibility beyond my repair due to discrimination

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 16 day of feb., 20 21.

_____
Signature of Plaintiff

Cufen Taylor
Name (Print or Type)

800 SW Polk St #30
Address

Topeka KS 66606
City State Zip Code

785 730 6473
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☐ Kansas City, ☒ Topeka}, Kansas as the location for the trial in this matter.
(Select One Location)

_____
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.   ☒ Yes    ☐ No
(Select One)

_____
Signature of Plaintiff

Dated: 2-16-2021
(Rev. 10/15)

Statement continued

that a modified schedule be applied that consisted of me being on my feet for 30 minutes and off of my feet for 30 minutes for the full 10 hour shift , and this was applied by light duty for four days until my next doctor's appointment in which the lesion was discovered by x ray. At that time the physician recommended that I work 30 minutes on my feet and 30 minutes off my feet for half shifts until I was seen by a specialist because the injury was sufficient enough to cause physical impairment  substantially limiting all of my major life activities which require that I be on foot to complete. A record  of the lesion in my talar dome was provided to target and its medical providers and can also be viewed in exhibit# . In light of the doctors concern they recommended a modified work schedule as I was  regarded as having such a substantial physical impairment...I worked this schedule for two days until  target hr representative margaret stated they didn't need me in the building for two and a half hours a  day and then took it upon herself to engage in the deceptive practice of opening a three week leave  without my knowledge and knowingly made a false representation to me about the benefits of me  being paid my full pay while I was on leave, as workers comp would pay a portion of my salary and  target would pay the balance. After the three weeks expired I returned to work, I was not paid for  the three week leave and also I was denied re-entry into the building which was an clear denial of reasonable accommodation that prevented me from performing the essential duties of my job in which materially changed my conditions of employment by failing to accommodate my disability unless I paid a physician out of pocket to( removed all restrictions) prior to my return also substantially impacting my salary, which was a unlawful attack against my disability.. Further acts of illegal retaliation continued when I  returned with a certified physician's note removing all restrictions SEE ( exhibits  # ) and I was still denied re-entry into the building due to my disability unless I paid another  physician out of pocket for the exact same statement. After presenting a second doctors  recommendation that all restrictions be removed I was still denied reentry into the building due to my disability , I was then  forced to consult with the reed group Targets insurance and medical provider whom had to supersede  the target hr decision to ban me from working and allowed me to work based off the same return to  work with no restrictions I presented to the hr department. AS this transpired an employee under similar  light duty circumstances agreed to sign a handwritten statement that they were also on light duty for  disabilities but was allowed to work and receive their full pay while on light duty. see exhibit #


A summary judgement in my favor is appropriate from the defendants failure to accommodate whereas there is no genuine issue of material fact  outside of deceptiveness for targets discrimination in direct relation to my disability when target denied me the reasonable accommodation set forth in the requirements of the ADA when they altered  the conditions of my employment by canceling my light duty contract denying me of the liberty to perform the essential duties of my job ,  which was differential to the employees under similar circumstances .The defendants actions violationing my protected Due process rights to be free from disability related

harassment from the employer.

A summary judgement for myself is appropriate from the defendants actions to classify me in a way that adversely affected my compensation whereas no genuine issue of material fact supports why target reduced my pay to zero dollars (in a deceptive practice) well below the temporary disabled benefits of light duty when my salary was in excess of 19 dollars an hour when employees under similar circumstances were receiving full pay and were allowed entry into the building with and without disabilities. The defendants actions violated my protected Due Process right to be free from discrimination within my compensation.

..................................................................................................................

Target representatives violated my procedural due process in failing to provide me with a formal grievance procedure in which I could document and or challenge unlawful practices from its officials or its subordinate employees.

Target officials illegally retaliated against my disability when they breached our light duty contract by being adverse to the issues addressed within the contract offered by target, in direct relation to my disability, and by refusing me re entry into the building under their own authority prior to the expiration of light duty contract, even after I presented two return to work with no restrictions from certified doctors which was a clear and convincing adverse action against my disability. I request that the court grant compensatory damages to myself for Mental Anguish due to the defendant's refusal to accommodate my condition at the workplace, in the amount of $300,000 us dollars because of the hardship created by targets discrimination against my person & failure to pay and failure to allow me to work with my disability, was the starting point of me experiencing three evictions, outlandish fee enhancements and affected all things financial.

..................................................................................................................

I request that the court issue an injunctive relief against the defendants that a formal grievance procedure be provided at all times and that this be posted in all employee break rooms. Should the court decide not to grant this relief irreparable harm could come to everyone employed by target, that their grievances will not be heard potentially depriving law abiding working citizens substantial rights in and out of court while engaging in such protected actions of documenting adverse actions from target stores and distribution centers.-

I request that the court grant relief of my lost pay for the three week leave target opened in a three week leave ( for Abcess) w/o my knowledge in an discriminatory and deceptive manner by leading me to believe that I would be paid for the leave, unlike other employees that were paid in full with and without disabilities, these actions violated the Equal Pay Act; I request double my salary for this egregious conduct from the employer coercing me to believe that they opened a legitimate leave on my

behalf.

in which was the starting point of my financial crisis due to my disability .I request that the court grant punitive damages to myself in the amount of 300,000 us dollars for the target representatives illegal retaliation directly related to my disability by the target distribution.

..................................................................................................................................

Argument

After being injured at target while unloading a trailer I was referred to a physician for an analysis of my right ankle. Prior to a final determination it was recommended that I work light duty modified shift. Being that the injury only slowed me down however had no effect on my actual performance I was qualified to work my modified schedule and target agreed to a light duty contract whereas my presence was not a hardship on the company nor did my disability cause me to be a threat to any surrounding workers.

After the lesion was discovered It was recommended that I work a less stringent schedule until a determination could be made on my injury. Target also complied with the accommodation being that I was still qualified to work with the injury and my presence was not a hardship on the company or its employees target offered a light duty contract in which I agreed to working.
In a unlawful practice. Target hr ex spelled me from the building (due to my injury) and took it upon themselves to open a leave misleading me to believe that it was a paid leave and failed to pay me for the leave as stated creating a undue financial hardship because my confidence was in the misleading presentation of the leave opened by the hr. After the three week leave I was denied entry into the building by the hr. This action violated my 14th and 8th amend due process rights to be (free from discrimination within my compensation).

Due to the fact the leave was in relation to my injury I excercised my rights under the ADA to engage in the protected activity of reasonable accommodation to work the modified schedules and when the target hr revoked the light duty contract and banned me from the building due to my injury their actions created an interference within my employment and retaliation for my engagement in the protected activity, target representatives thus violating my protected 14th and 8th amend due process rights (to be free from retaliation and interference at the workplace......

When target hr singled me out by banning me from the building unless I removed the restrictions was a direct action against my disability and violated the ADA cause target required me with a disability to return with no medical restrictions in order for me to enter the building... and target refusing to pay me

while my light duty contract was legally active, which was an materially adverse action to similarly situated employees violated the kansas statute § 40- 2403 defining prohibited acts of deceptive acts and or practices and also the equal pay act of 1963. In doing so, target representatives violating my protected 14th and 8th amend due process rights to be (free from retaliation and discrimination at the work place).

Target denial of a formal grievance procedure in this case denied me of the right to intervention of the unfair acts herein listed and violated my protected 14th and 8th amendment due process right to be( free from restraint of reprisal)

at the workplace.

Breach of contract exist where the physical light duty contract was provided by target and with recommendations from certified physicians gained sufficient consideration to support the contract in which I agreed to work in compliance with th contract and the defendants breached the contract by being adverse to the requirements of the contract by not letting me work substantially affecting the terms and conditions of my employment; violated my protected 14th and 8th amend due process rights to be (free from unlawful retaliation). I request compensatory damages of $300.000 cause the defendants breach my light duty contract on the basis of my disability, knowing that I was an qualified individual in which agreed to (their) light duty terms.

## Table of Authorities

Kansas statute § 40-2403: defines unfair method of competition of deceptive acts and practices in the business of insurance pursuant to K.S.A. 40- 2406

42 U.S. code § 12112 (a).

12111 ,(b)(5)(A) 1994: defines, no entity shall discriminate against one's disability within compensation and other terms of employment.

U.S. Code 5 U.S.C. § 5596(A) (i), (2)(A) back pay due to unjustified personnel action.

5 CFR § 9701. 521 - 5 U.S.C. 2302 (b)(1)- Grievance procedures (a)(1), (b)(1)(i)(ii), (e)(1)

Soto v Herrs food, Inc 2012 NJ work comp lexis 4: defines employer reducing wages during light duty.

ADA Act of 1990, 42 U.S.C. § 12102 discrimination US code

The Rehabilitation Act of 1973 section 504: defines protection for qualified individuals with disabilities.

Commercial credit corporation v Harris 212 Kan. 310, 313, 510 p.2d 1322 (1973): Defines breach of contract. See, Stechschulte v Jennings, 297 Kan. 2, 24, 298 p3d 1083, 1098.: defines damages awarded for breach of contract.

Hubbell v Fed ex smartpost, inc, no. 1727 (6th cir. 2019

Burlington N. & Santa fe ry.co. v white, 548 U.S. 53, 68 (2006).

Higgins v New Balance Athletic shoe, Inc. 194 F.3d 252, 264 (1st cir. 1999).

Smith v Midland brake, Inc, 180 F.3d 1154, 1169, 1179 (10th cir. 1999).

Bartee v Mihelin N. Am., Inc 374 F.3d 906, 912 n. 4 (10th cir. 2004).

Punt v Kelly Service. 862 F.3d 1040, 1048 (10th cir. 2017).

Selenke v Med. Imaging of colo., 248 F.3d 1249, 1261 (10th cir. 2001).

Sears roebuck & Co.., 233 F.3d at 437.

Marshall  v Fed Exp. Corp., 130 F.3d 1095, 1099 (D.C. Cir. 1997).

Kidd v Mando Am. Corp., 731 F.3d 1196, 1203 (11th cir. 2013).

Davis v Team Elec. Co., 520 F.3d 1080, 1089 (9th cir. 2008).

Jones v Se. Pa.Trans. Auth., 796 F.3d 323, 326 (3rd cir. 2015).

Powers v summers, 226 F.3d 815, 820 (7th cir. 2000).

Bergeron v Cabral, 560 F.3d 1 7-8 (1st cir. 2009).

Mathirampuzha v potter, 548 F.3d 1 7-8 (1st cir. 2008).

## WITHDRAWAL STATEMENT

I, Clifton D. Taylor residing at 800 SW Polk St., Apt. 30 Topeka, KS 66612 hereby withdraw my complaint, docket number 42378-21, which was filed with the Kansas Human Rights Commission on September 18, 2020, against Target Distribution Center, and its representatives, whose address is 1100 SW 57th St. Topeka, KS 66609. I realize that my withdrawing this complaint, the Kansas Human Rights Commission will close my complaint without further processing. I am aware that the Kansas Human Rights Commission and the Federal Government protect my right to file a charge and have been advised that it is unlawful for any person covered by the Kansas Act Against Discrimination, Title VII and/or the Age Discrimination in Employment Act to threaten, intimidate, harass, or otherwise retaliate against me because I have filed a charge. I have not been coerced into requesting this withdrawal.

X _____[signature]_____

**COMPLAINANT or ATTORNEY SIGNATURE**

X  02-17-2021
DATE

I further request to withdraw a similar complaint filed with the Equal Employment Opportunity Commission, docket number 28D-2020-00865C.

X _____[signature]_____

**COMPLAINANT or ATTORNEY SIGNATURE**

*****NOTE: Sign both signature lines only if you wish to withdraw both complaints.**

Revised 7/7/2015

EEOC Form 161-B (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| To: | Clifton D. Taylor<br>800 Sw Polk St., Apt. 30<br>Topeka, KS 66612 | From: | St. Louis District Office<br>1222 Spruce Street<br>Room 8.100<br>Saint Louis, MO 63103 |
|---|---|---|---|

[ ]  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL *(29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 28D-2020-00865 | Joseph J. Wilson,<br>State & Local Program Manager | (314) 798-1930 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]  More than 180 days have passed since the filing of this charge.

[X]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Joseph Wilson  *Digitally signed by Joseph Wilson Date: 2021.02.09 08:08:33 -06'00'*

**Lloyd J. Vasquez, Jr.,
District Director**

February 9, 2021
*(Date Issued)*

Enclosures(s)

cc:  **LeeAnn Schellenberg
Lead Employee Relations Paralegal
TARGET CORPORATION
33 South Sixth Street, CC-1810
Minneapolis, MN 55402**

Enclosure with EEOC
Form 161-B (11/2020)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was issued to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# STATE OF KANSAS
# KANSAS HUMAN RIGHTS COMMISSION

KHRC Docket No. 42378-21

EEOC Dual-Filed Charge No.* 28D-2020-00865
*(Only for first filed KHRC, second filed EEOC complaints)

On the complaint of

Clifton D. Taylor

Complainant,

vs.

Respondent,

Target Distribution Center and its Representatives

I, Clifton D. Taylor, residing at 800 SW Polk St., Apt. 30, Topeka, KS  66612

charge Target Distribution Center and its Representatives, whose address is 1100 SW 57th St., Topeka, KS  66609

With an unlawful practice within the meaning of:

[X] The Kansas Act Against Discrimination (Chapter 44, Art. 10, K.S.A.) and specifically within the meaning of subsection (a)(1) (a)(4) of Section 44-1009 of said Act, because of my:

( ) RACE                ( ) SEX                    (X) RETALIATION
( ) RELIGION            ( ) NATIONAL ORIGIN        ( ) GENETIC INFORMATION
( ) COLOR               ( ) ANCESTRY               ( ) FAMILIAL STATUS
(X) DISABILITY, RECORD OF, AND/OR REGARDED AS DISABLED

[ ] The Kansas Age Discrimination in Employment Act (Chapter 44, Art. 11, K.S.A.) and specifically within the meaning of subsection of Section 44-1113 of said Act, because of my:
 ( ) AGE         ( ) RETALIATION

Alleged Date of Incident, on or about March 2020, to at least September 16, 2020.

The aforesaid charges are based on the following facts:

I.  I have a disability. I have openly opposed acts and practices forbidden by the Kansas Act Against Discrimination.

II. I have been employed by the Respondent since January 2020. I currently hold the position of Laborer.

# STATE OF KANSAS
# KANSAS HUMAN RIGHTS COMMISSION

(continued)

KHRC Docket No. 42378-21

EEOC Dual-Filed Charge No.* 28D-2020-00865
*(Only for first filed KHRC, second filed EEOC complaints)

A. From March 2020, to at least September 15, 2020, I was subjected to disparate treatment compared to similarly situated employees, in that my actions were more closely monitored.

B. From May 2020, to at least September 2020, I made complaints to Human Resources regarding this treatment. Subsequently, during the same timeframe, I was denied formal grievances.

C. In July 2020, I was subjected to corrective action.

D. In September 2020, I was denied a reasonable accommodation of light duty and working half shifts.

E. On September 1, 2020, I was subjected to a 2 week layoff.

Kansas Human Rights Commission

Docket No. 48378-21
28D-2020-00865

F.

From September 15, 2020, to at least September, 16, 2020, I was denied the opportunity to work.

I hereby charge Target Distribution Center and its Representatives with a violation of the Kansas Act Against Discrimination, in that I was subjected to disparate terms, conditions, and privileges of employment, denied formal grievances, subjected to corrective action, denied a reasonable accommodation, subjected to a 2 week layoff, and denied the opportunity to work due to my disability and as acts of retaliation for having openly opposed acts and practices forbidden by the Kansas Act Against Discrimination.

I have not commenced any action, civil or criminal, based upon the grievance set forth above, except

*I declare under penalty of perjury that the foregoing is true and correct; and if this document is executed outside the state of Kansas, I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.*

Executed on
(Date) 09/17/2020
(Clifton D. Taylor)

**KANSAS HUMAN RIGHTS COMMISSION**

FILED
SEP 1 8 2020

State of Kansas

ss

County